# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GILDARDO PIMENTEL (1),<br><br>　　　　　　　Defendant. | Case No. 22CR0393-JO<br><br>Booking No. 84186-509<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Good cause having been shown and based upon the motion of the United States, the Court grants the United States' motion to dismiss without prejudice the Indictment (Dkt. 25) in the above-entitled case against defendant Gildardo Pimentel. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

DATED: 6/13/22

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE